UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

Ernesto Mendoza Contreras,

       Petitioner,                     Case No. 1:21-cv-567

v.                                          Honorable Paul L. Maloney

Donald Emerson,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction because Petitioner is not entitled to bring a § 2241 challenge to his sentence under the savings clause of § 2255(e).

Dated: July 15, 2021                             /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge